UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Zoila Acosta
    Plaintiff

V.                               CA 06-461S

Michael J. Astrue, Commissioner of
Social Security
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 29, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). The Court has reviewed the objection to the Report and Recommendation filed by the Plaintiff. After consideration of the Report and Recommendation and the authority cited therein, Plaintiff's objection is Denied and Defendant's Motion for an Order Affirming the Decision of the Commissioner is GRANTED.

BY ORDER:

_[signature]_
DEPUTY CLERK

ENTER:

_[signature]_
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 9/25/07